UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 24-MJ-00022 |
| ) | |
| **LEE GIOBBIE** ) | |
| ) | |
| **Defendant** ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lee Giobbie


Dated: February 1, 2024           Respectfully Submitted,

                                                 /s/ William L. Shipley
                                                 William L. Shipley, Jr., Esq.
                                                 PO BOX 745
                                                 Kailua, Hawaii 96734
                                                 Tel: (808) 228-1341
                                                 Email: 808Shipleylaw@gmail.com

                                                 *Attorney for Defendant*